Same case below, 26 A.3d 1211.

**No. 11-6581. Jose Luis Mendiola-Ponce, Petitioner v. California.**

565 U.S. 1041, 132 S. Ct. 591, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8206.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 11-6590. Christopher Smith, Petitioner v. California.**

565 U.S. 1041, 132 S. Ct. 591, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8272.

November 14, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 11-6597. Clarence Zacke, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1041, 132 S. Ct. 591, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8257.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6663. Michael Savior, Petitioner v. Pennsylvania.**

565 U.S. 1042, 132 S. Ct. 592, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8119.

November 14, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

**No. 11-6697. Jamar L. Travillion, Petitioner v. Pennsylvania.**

565 U.S. 1042, 132 S. Ct. 592, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8274.

November 14, 2011. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.

Same case below, 610 Pa. 13, 17 A.3d 1247.

**No. 11-6703. Mary Caston-Goodjohn, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 1042, 132 S. Ct. 592, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8277,

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 409 Fed. Appx. 326.

**No. 11-6770. Farley L. Bernard, Petitioner v. Willy Davis.**

565 U.S. 1042, 132 S. Ct. 592, 181 L. Ed. 2d 434, 2011 U.S. LEXIS 8176.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 428 Fed. Appx. 231.